IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

LA MICHOACANA NATURAL, LLC
a North Carolina limited liability company,

        Plaintiff,

vs.                                                Civil Complaint No.

LUIS MAESTRE, an individual, d/b/a
LA MICHOACANA and/or LA LINDA
MICHOACANA; ADRIANA TERAN,
an individual, d/b/a LA MICHOACANA
and/or LA LINDA MICHOACANA;
and LA MICHOACANA, a business entity,
form unknown.

        Defendants.
_____

## AFFIDAVIT OF STEPHEN L. ANDERSON

    I, Stephen L. Anderson, submit this further affidavit pursuant to Local Civil Rule 83.1(B)(1) in support of my Motion for Admission *pro hac vice* on behalf of the Plaintiff in this action. I hereby declare pursuant to 28 U.S.C. § 1746 as follows:

    1.    My full name is Stephen Lee Anderson. My office address is 31285 Temecula Pkwy. Suite 240 Temecula, California, 92592. Phone (951) 296-1700.

    2.    I am an attorney and member in good standing of the State Bar of California. I have been a member of the California bar for twenty-seven years since I was admitted on December 4, 1990. I have also been admitted to practice before and am a member in good standing of the bars of the United States District Court for the Northern

1

District of California, the U.S. District Court for the Central District of California, and the U.S. District Court for the Southern District of California.

3. I have previously been admitted to practice *PRO HAC VICE* in each of the following Courts and matters:

a. United States District Court for the District of Columbia
*PALETERIA LA MICHOACANA, INC. et al. v. PRODUCTOS LACTEOS TOCUMBO S.A. de C.V.*
(Case 1:11-cv-01623-RC)

b. United States District Court for the District of Arizona (Phoenix Division)
*Center for Computer Technology, Inc. v. Domains by Proxy, Inc. et. al.*
(Case No.: 2:05-cv-03921-EHC);

c. United States District Court for the Northern District of Georgia
*Biotechne Complex v. Joseph Barra*
(Case No. 1:03-cv-00960-JTC);

d. United States District Court for the District of New Jersey
*Checkers Alive Games v. Pressman Toy Corporation, et. al.*
(Case No. 2:03-cv-01003-WHW-SDW).

4. There are no disciplinary complaints pending against me for any violations of the rules of any Court and I have not been suspended or disbarred for disciplinary reasons from practice in any court. However, in 2001, I was placed on 18 months of probation (with a suspension stayed) by the California State Bar as the result of a traffic stop occurring in December 1998, of which I was convicted of a misdemeanor charge of making a false statement to a police officer, after I had identified myself as a deputy district attorney during such traffic stop although I was no longer employed in such position. Further, according to the State Bar report:
2

> *"Although he tried to clarify his status three times during the conversation, the officer would not let him. Before charges were filed, Anderson told the police he was no longer a DA.*
>
> *His actions amounted to an act of moral turpitude.*
>
> *In mitigation, Anderson has no record of discipline, no one was harmed by his action, he demonstrated remorse and he cooperated with the bar's investigation."*

I successfully completed such probation nearly fifteen years ago and have had no other issues with any State Bar ever since.

5. I have associated with local counsel in this matter namely: Al P. Allan of Allan IP Litigation with an address and telephone number of 409 East Boulevard, Charlotte, NC 28203' Tel: 704-371-5605.

6. I do not work at or maintain an office outside of the State of California. I am not a member of the North Carolina bar, nor do I have an application for membership pending. I do not engage in practice, or hold out to practice law in the State of North Carolina.

7. I have not applied for admission *pro hac vice* nor have I been admitted *pro hac vice* to this Court at any time in the past.

I hereby declare under the penalty of perjury that the foregoing is true and correct.

Dated: November 28, 2017
Temecula, California

Respectfully submitted

By: /s/ [signature]
Stephen L. Anderson
Anderson & Associates
31285 Temecula Pkwy., Suite 240
Temecula, CA 92592
Tel: 951-296-1700
Email: attorneys@brandxperts.com