AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **Western District of North Carolina (Charlotte)** on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>3:17cv727 | DATE FILED<br>12/19/2017 | U.S. DISTRICT COURT<br>Western District of North Carolina (Charlotte) |
|---|---|---|
| PLAINTIFF<br>La Michoacana Natural, LLC | | DEFENDANT<br>Luis Maestre, et al |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | T-22396 | 9/7/2016 | La Michoacana Natural, LLC |
| 2 | T-22397 | 9/7/2016 | La Michoacana Natural, LLC |
| 3 | T-22400 | 9/7/2016 | La Michoacana Natural, LLC |
| 4 | T-22401 | 9/7/2016 | La Michoacana Natural, LLC |
| 5 | T-22403 | 9/7/2016 | La Michoacana Natural, LLC |

-see attached complaint for additional information

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK<br>Frank G. Johns | (BY) DEPUTY CLERK<br>Angela M. Smith | DATE<br>12/19/2017 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director   **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director   **Copy 4**—Case file copy

Case 3:17-cv-00727-RJC-DCK   Document 4   Filed 12/19/17   Page 1 of 1