IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-727-RJC-DCK

| | |
|---|---|
| LA MICHOACANA NATURAL, LLC, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| LUIS MAESTRE, ADRIANA TERAN, and LA MICHOACANA, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 3) filed by Albert Allan, concerning Stephen L. Anderson on December 19, 2017. Mr. Stephen L. Anderson seeks to appear as counsel *pro hac vice* for Plaintiff La Michoacana Natural, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 3) is **GRANTED.** Mr. Stephen L. Anderson is hereby admitted *pro hac vice* to represent Plaintiff La Michoacana Natural, LLC.

**SO ORDERED**.

Signed: December 19, 2017

David C. Keesler
United States Magistrate Judge