| | |
|---|---|
| **From:** | **Benjamin** ben@mkglawfirm.com |
| **Subject:** | La Michoacan Natural v. Maestre |
| **Date:** | January 23, 2018 at 9:18 AM |
| **To:** | alallan@allaniplitigation.com |

Good morning, I am hereby requesting, as a courtesy, an informal extension of time to answer the complaint filed by La Michoacana Natural on behalf of Luis Maestre. I am not entering an appearance on Mr. Maestre's behalf. I formerly represented Mr. Maestre in another matter unrelated to your client's claims, and he walked into my office yesterday with a copy of your lawsuit, although I am not sure whether he was served or how he obtained a copy. Mr. Maestre is not a native-born English speaker, and I am referring him to locate Spanish-speaking counsel immediately.

Please let me know if you will grant an informal extension to allow him to obtain alternate counsel. Thank you, and please do not hesitate to call me, Ben

Benjamin C. Karb
benjamin@mkglawfirm.com

**MORETZ, KARB & GELWICKS, P.A.**
Commercial Real Estate │ Business Law │ Community Associations Law
www.mkglawfirm.com
300 McGill Ave. NW, Suite 100
Concord, North Carolina 28027
704-721-3500 ext. 104

