







Case 3:17-cv-00727-RJC-DCK   Document 8-5   Filed 03/02/18   Page 4 of 5



Case 3:17-cv-00727-RJC-DCK   Document 8-5   Filed 03/02/18   Page 5 of 5