

# Adriana Y Teranfrausto
Comprehensive Background Check

## Personal Summary

**AKAs:**
Adriana Yolandateran
Adriana Yolanda Teran
Adriana Teranfrausto
Adriana Teran
Adriana Yolanda

**Date of Birth:**
6/24/1984

**Age:**
33

**Last Known Address:** 3701 Birchdale Ct
Matthews, NC 28104

## Phone Numbers Associated with Adriana Y Teranfrausto

Current Phone:

**Phone:**
(704) 877-4228

**Type:**
Wireless

**Carrier:**
New Cingular Wireless Pcs Llc - Ga

## Email Addresses Associated with Adriana Y Teranfrausto
No Emails Found

## Birth Records
No Birth Records Found

## Death Records
No Death Records Found

## Relatives of Adriana Y Teranfrausto

**Relative Name:** Claudia Teran

**AKAs:**
Claudia Teranfrausto
Claudia Teran-Frausto

**Current Address:**
106 Penrose Ct
Indian Trail, NC 28079

**Phone:**
No Phones Found

**Email:**
No Emails Found

**Relative Name:** Francisco G Teranfrausto

Case 3:17-cv-00727-RJC-DCK    Document 8-6    Filed 03/02/18    Page 1 of 9

**AKAs:**
Francisco G Teranfrausto
Francisco G Teran
Francisco G Terranfrausto
Francisco Teranfrausto

**Current Address:**
3701 Birchdale Ct
Matthews, NC 28104

**Phone:**
No Phones Found

**Email:**
No Emails Found

**Relative Name:** Luis A Maestre

**AKAs:**
Lius A Maestrecarrillo
Luis A Maestrescarillo
Luis A Carrillo
Luis A Teranfrausto
Carillo Luis A Maestres
Luis Maestrescarillo
Luisa Maestre
Luis Naestrescarillo
Luis Maestre
Luis Maestre
Luis Maestres

**Current Address:**
106 Penrose Ct
Indian Trail, NC 28079

**Phone:**
No Phones Found

**Email:**
amazonbf@gmail.com
teranvirtual@gmail.com
maestrevirtual@live.com

**Relative Name:** Luis R Maestre

**AKAs:**
Luis Maestre
Luis Roberto Carrillo
Luis Maestre Carrillo
Luis Maostre

**Current Address:**
7902 Woodway Oak Cir
Matthews, NC 28105

1521 Montgomery St
Charlotte, NC 28216

4405 Stoney Trace Dr
Mint Hill, NC 28227

7902 Good Way Oak
Matthews, NC 28105

7312 Creekwood Quorum Dr
Charlotte, NC 28212

2705 Cross Point Cir
Matthews, NC 28105

7902 Wood Way Oaks County Rd
Charlotte, NC 28215

7300 Creekwood Dr
Charlotte, NC 28212

2347 Eastway Dr
Charlotte, NC 28205

Case 3:17-cv-00727-RJC-DCK   Document 8-6   Filed 03/02/18   Page 2 of 9

1715 Stoney Creek Ln
Charlotte, NC 28262

3830 Havenwood Rd
Charlotte, NC 28205

2001 Salle St
Charlotte, NC 28216

2001 Lasalle St
Charlotte, NC 28216

1715 Stoney Trace Dr
Charlotte, NC 28227

1715 Stoney Trce
Drake, NC 28227

1715 Stoney Trace Dr D
Charlotte, NC 28227

**Phone:**
No Phones Found

**Email:**
No Emails Found

**Relative Name:** Telma I Mendoza

**AKAs:**
Telma I Carrillo
Telma Mendoza
Telma Carrillo

**Current Address:**
510 Cardinal Ct
Davidson, NC 28036

**Phone:**
No Phones Found

**Email:**
No Emails Found

## Marriage
No Marriage Records Found

## Divorces
No Divorce Records Found

## Property Ownerships
No Property Records Found

## Addresses

**Address:** 3701 Birchdale Ct, Matthews, NC 28104

Neighbors:

**Address:** 106 Penrose Ct, Indian Trail, NC 28079

No Neighbors Found

Case 3:17-cv-00727-RJC-DCK   Document 8-6   Filed 03/02/18   Page 3 of 9

**Address:** 8015 Woodway Oak Cir, Matthews, NC 28105

Neighbors:

## Evictions
No Eviction Records Found

## Foreclosures
No Foreclosure Records Found

## Criminal Records for Adriana Y Teranfrausto (6/24/1984)



| | | |
|---|---|---|
| **Offense:** Not Available | | **Offense Date:** Not Available |
| **Case Type:** Not Available | **Case Number:** 5902004002935C | |

## Liens
No Liens Found

## Judgements
No Judgements Found

## Bankruptcies
No Bankruptcy Records Found

## Corporations
No Corporation Records Found

## Fictitious Business Names
No Ficticious Business Names Found

## Licenses
No License Records Found



Court Records | State Court Records | North Carolina | Adriana | Adriana Teranfrausto

# Adriana Teran-frausto Court Records in North Carolina

NEWS | STATES | COURTHOUSES | FORMS | LOGIN

DISCLAIMER: The North Carolina court records information accessible herein is derived from unofficial, publicly-available sources, does not constitute the official court records of any case, may not be up-to-date, complete, or accurate, and should not be relied upon by any person or entity for any purpose. This site is a third-party commercial entity that is neither authorized by nor affiliated with the North Carolina Judiciary or the North Carolina Administrative Office of State Courts in any way. The North Carolina Judiciary and the North Carolina Administrative Office of State Courts have not endorsed, warranted, or otherwise validated any of North Carolina court records information available on this site.

### ADRIANA YOLAND TERAN-FRAUSTO

| | |
|---|---|
| Record ID: | 279374234 |
| ID Case Number: | 01590MECKLENBURG 2004CR 002935 |
| Last Name: | TERAN-FRAUSTO |
| First Name: | ADRIANA |
| Middle Name: | YOLAND |
| DOB: | 24/06/1984 |
| City: | CHARLOTTE |
| State: | NC |
| Charges Filed Date: | 13/01/2004 |
| Offense Code: | 5441 |
| Offense Description: | NO OPERATORS LICENSE |
| Disposition Date: | 11/02/2004 |

Case 3:17-cv-00727-RJC-DCK   Document 8-6   Filed 03/02/18   Page 5 of 9

DISCLAIMER: Court records of Adriana Teran-frausto are public documents sourced from records made freely available by state and local offices, agencies, or departments, and are for informational purposes only. Because these records are sourced from third parties outside of our control, we cannot and do not guarantee that the information presented is current or accurate. For further information about Adriana Teran-frausto's legal status, or to confirm or correct this record, contact the relevant state or local office, agency, court, or department. All individuals are considered innocent until proven guilty, and publication of these records does not indicate that Adriana Teran-frausto has committed or been convinced of a criminal offense. The existence of these records and the information contained within them may not be used to determine Adriana Teran-frausto's eligibility for credit, employment, housing or other business transactions. If you believe any part of this record is incorrect, please review our Opt-Out/Data Removal Policy to learn how you can correct and/or remove that information.

## Other last names for Adriana in North Carolina

| | | |
|---|---|---|
| Adriana Tejas | Adriana Taylor | Adriana Tarter |
| Adriana Sutton | Adriana Soto | Adriana Solano |
| Adriana Smith | Adriana Slagle | Adriana Sipinto |
| Adriana Silva | Adriana Zuniga | Adriana Zapata |
| Adriana Zamora | Adriana Zambrano | Adriana Zaman |
| Adriana Young | Adriana Yoguez | Adriana Woody |
| Adriana Woodbury | Adriana Woodberry | |

© Copyright 2018 CourtRecords.org. All Rights Reserved.

CourtRecords.org is not a "consumer reporting agency" as defined by Fair Credit Reporting Act. Our Terms of Service prohibit the use of CourtRecords.org to determine an individual's eligibility for personal credit or employment, tenant screening, or other business transactions, or for any unlawful purposes such as stalking or harassing others. Such use of CourtRecords.org may subject you to civil and criminal litigation and penalties.

Your use of CourtRecords.org is conditioned on your full compliance with our Terms of Service and Privacy Policy.

Case 3:17-cv-00727-RJC-DCK   Document 8-6   Filed 03/02/18   Page 6 of 9



FREE PUBLIC RECORDS SEARCH   BeenVerified

First Name    Last Name

Start Search

Home > People Search > Search Results

**3 People Results for Adriana Teran in NC**

| | Name | Age | Has Lived In | Relatives/Associates | Full Report |
|---|---|---|---|---|---|
| 1. | **Adrian F Teran**<br>AKAs<br>Adrian Teran<br>Adrian F Terah<br>Adrian T Eran<br>More AKAs... | 42 | Redmond, WA<br>Kiona, WA<br>Bellevue, WA<br>Laredo, TX<br>More Addresses... | Olga Castro<br>Tammy Makowiecki<br>Adam Herron<br>Alex Herron<br>More Relatives... | view details |
| 2. | **Adriana Davogustto Teran**<br>AKAs<br>Adriana Davogustto<br>Adriana Davogusto<br>Adriana Davogusttoteran<br>More AKAs... | Deceased | Apex, NC<br>Cary, NC | Angel Dovagusto<br>Alejandra Davogustto<br>Angel Davogustto<br>Iraida Davogustto | view details |
| 3. | **Adriana Yolanda Teran**<br>AKAs<br>Adriana Y Teranfrausto<br>Adriana Yolandateran<br>Adriana Teranfrausto<br>More AKAs... | 33 | Matthews, NC<br>Indian Trail, NC | Claudia Teran<br>Francisco Teranfrausto<br>Luis Maestre<br>Luis Maestre<br>More Relatives... | view details |

Premium Public Records for **Adriana Teran**                                      Sponsored by **BeenVerified.com**

| Name | Age | Location | View Records | |
|---|---|---|---|---|
| **Adrian Duran** | 37 | Carpentersville, IL | 📄 | View Details |
| **Adrian Duran** | | Charlotte, NC | 📄 | View Details |
| **Adriana Duran** | | Concord, NC | 📄 | View Details |
| **Adriana Duran** | | Durham, NC | 📄 | View Details |
| **Adrian Teran** | 35 | Hialeah, FL | 📄 | View Details |

Case 3:17-cv-00727-RJC-DCK   Document 8-6   Filed 03/02/18   Page 7 of 9

### Public Information for **Adriana Teran**

Sponsored by **TruthFinder.com**

| Name | Age | Location | Records | |
|---|---|---|---|---|
| Adriana Peralta | 39 | Ash, NC | 👤 | View All Details |
| Adrian Teran | 42 | Raleigh, NC | 👤 | View All Details |

### Vital Records for **Adriana Teran**

Sponsored by **Persopo.com**

| Name | Location | Records | |
|---|---|---|---|
| Adrian F Teran | Redmond, WA | Complete Record Review | Full Details |
| Adriana Davogustto Teran | Apex, NC | Marriage & Divorce Records | Divorce Records |
| Adriana Yolanda Teran | Matthews, NC | Felonies & Misdemeanors | Arrest Records |

**500 Business Cards, $9.99**
Plus 25% off Business Card Holders. Vistaprint.com  vistaprint.com

PeopleFinders is dedicated to helping you find people and learn more about them in a safe and responsible manner. PeopleFinders is not a Consumer Reporting Agency (CRA) as defined by the Fair Credit Reporting Act (FCRA). This site can't be used for employment, credit or tenant screening, or related purpose. To learn more, visit our Terms of Service and Privacy Policy.
Copyright © 2002-2018 PeopleFinders.com. All Rights Reserved.

