

# Luis A Maestre

Comprehensive Background Check

## Personal Summary

**AKAs:**
Lius A Maestrecarrillo
Luis A Maestrescarillo
Luis A Carrillo
Luis A Teranfrausto
Carillo Luis A Maestres
Luis Maestrescarillo
Luisa Maestre
Luis Naestrescarillo
Luis Maestre
Luis Maestre
Luis Maestres

**Date of Birth:**
10/12/1984

**Age:**
33

**Last Known Address:**          106 Penrose Ct
                                 Indian Trail, NC 28079

## Phone Numbers Associated with Luis A Maestre

Current Phone:

| **Phone:** | **Type:** | **Carrier:** |
|---|---|---|
| (704) 777-9510 | Wireless | New Cingular Wireless Pcs Llc - Ga |

More Phones:

| **Phone:** | **Type:** | **Carrier:** |
|---|---|---|
| (704) 526-8954 | Wireless | New Cingular Wireless Pcs Llc - Ga |
| (704) 890-9510 | Wireless | New Cingular Wireless Pcs Llc - Ga |
| (704) 516-6383 | Wireless | Cellco Partnership Dba Verizon Wireless - Nc |

## Email Addresses Associated with Luis A Maestre

**Email Address(es):**
amazonbf@gmail.com
teranvirtual@gmail.com
maestrevirtual@live.com

## Birth Records

Case 3:17-cv-00727-RJC-DCK   Document 8-7   Filed 03/02/18   Page 1 of 35

No Birth Records Found

## Death Records

No Death Records Found

## Relatives of Luis A Maestre

**Relative Name:** Adriana Yolanda Teran

**AKAs:**
Adriana Yolandateran
Adriana Yolanda Teran
Adriana Teranfrausto
Adriana Teran
Adriana Yolanda

**Current Address:**
3701 Birchdale Ct
Matthews, NC 28104

106 Penrose Ct
Indian Trail, NC 28079

8015 Woodway Oak Cir
Matthews, NC 28105

**Phone:**
No Phones Found

**Email:**
No Emails Found

**Relative Name:** Claudia Teran

**AKAs:**
Claudia Teranfrausto
Claudia Teran-Frausto

**Current Address:**
106 Penrose Ct
Indian Trail, NC 28079

**Phone:**
No Phones Found

**Email:**
No Emails Found

**Relative Name:** Luis R Maestre

**AKAs:**
Luis Maestre
Luis Roberto Carrillo
Luis Maestre Carrillo
Luis Maostre

**Current Address:**
7902 Woodway Oak Cir
Matthews, NC 28105

1521 Montgomery St
Charlotte, NC 28216

4405 Stoney Trace Dr
Mint Hill, NC 28227

7902 Good Way Oak
Matthews, NC 28105

7312 Creekwood Quorum Dr
Charlotte, NC 28212

2705 Cross Point Cir
Matthews, NC 28105

7902 Wood Way Oaks County Rd
Charlotte, NC 28215

7300 Creekwood Dr
Charlotte, NC 28212

2347 Eastway Dr
Charlotte, NC 28205

1715 Stoney Creek Ln
Charlotte, NC 28262

3830 Havenwood Rd
Charlotte, NC 28205

2001 Salle St
Charlotte, NC 28216

2001 Lasalle St
Charlotte, NC 28216

1715 Stoney Trace Dr
Charlotte, NC 28227

1715 Stoney Trce
Drake, NC 28227

1715 Stoney Trace Dr D
Charlotte, NC 28227

**Phone:**                                              **Email:**
No Phones Found                                    No Emails Found

**Relative Name:** Telma I Mendoza

**AKAs:**                                                **Current Address:**
Telma I Carrillo                                        510 Cardinal Ct
Telma Mendoza                                       Davidson, NC 28036
Telma Carrillo

**Phone:**                                              **Email:**
No Phones Found                                    No Emails Found

**Relative Name:** Francisco G Teranfrausto

**AKAs:**                                                **Current Address:**
Francisco G Teranfrausto                         3701 Birchdale Ct
Francisco G Teran                                    Matthews, NC 28104
Francisco G Terranfrausto
Francisco Teranfrausto

**Phone:**                                              **Email:**
No Phones Found                                    No Emails Found

## Marriage

No Marriage Records Found

## Divorces

No Divorce Records Found

## Property Ownerships

Case 3:17-cv-00727-RJC-DCK   Document 8-7   Filed 03/02/18   Page 3 of 35

No Property Records Found

## Addresses

**Address:** 106 Penrose Ct, Indian Trail, NC 28079

   No Neighbors Found

**Address:** Po Box 2445 , Huntersville, NC 28070

Neighbors:

**Address:** 2507 Cross Point Cir, Matthews, NC 28105

Neighbors:

**Address:** 15012 Statesville Rd, Huntersville, NC 28078

Neighbors:

**Address:** 7902 Woodway Oak Cir, Matthews, NC 28105

Neighbors:

**Address:** 1500 B Statesville Rd, Huntersville, NC 28078

   No Neighbors Found

**Address:** 7902 Woodway Oak Cir, Matthews, NC 28105

   No Neighbors Found

## Evictions

   No Eviction Records Found

## Foreclosures

   No Foreclosure Records Found

## Criminal Records for Luis A Maestre (10/12/1984)

   No Criminal Records Found

## Liens

   No Liens Found

## Judgements

   No Judgements Found

## Bankruptcies

No Bankruptcy Records Found

## Corporations

**Company Name:** Cartoon And Series Llc

| **Name:** | Luis Maestre | **Business Type:** | Cartoon And Series Llc | | |
|---|---|---|---|---|---|
| **Title:** | Manager | **Address:** | 105 Penrose Ct Suite B<br>Indian Trail, Nc 28079 | **Date Filed:** | 10/28/2011 |

## Fictitious Business Names

**Company Name:** Carolina Maid Express

| **Name:** | Luis Maestre | **Business Type:** | Not Available | | |
|---|---|---|---|---|---|
| **Title:** | Not Available | **Address:** | 7902 Woodway OakApt 835 | **Date Filed:** | Not Available |

**Company Name:** Carolina Maid Express

| **Name:** | Luis Maestre | **Business Type:** | Not Available | | |
|---|---|---|---|---|---|
| **Title:** | Not Available | **Address:** | 7902 Woodway Oak CirApt 835 | **Date Filed:** | Not Available |

## Licenses

No License Records Found

https://www.peoplefinders.com/Reports?sales_order_item_id=769bb9cc-cd4c-4c19-8415-a896000f838c&report_type=background                                              5/5

 peoplefinders

| 1 | Arrest Records: 2 Secrets | Find Addresses, Phone Numbers, Felonies, Traffic Records, DUIs and Much More! instantcheckmate.com |
| 2 | 'Googling' Names? Stop | Here's Why You Should Stop 'Googling' People To Find Info beenverified.com |
| 3 | Search Public Records Now | 1) Enter a Name and Select a State 2) View Public Records Instantly! publicrecords.truthfinder.com |

Home > People Search > Search Results

**1 People Results for Luis A Maestre**

---

1. Luis A Maestre | Age 33 | DOB: 10/12/1984

**AKAs:**
Lius A Maestrecarrillo
Luis A Maestrescarillo
Luis A Carrillo
Luis A Teranfrausto
Carillo Luis A Maestres
Luis Maestrescarillo
Luisa Maestre
Luis Naestrescarillo
Luis Maestre
Luis Maestres

---

**More records associated with Luis A Maestre:** ❓

◉ Business Records
○ Debt Records
○ Evictions
○ Foreclosures
○ Professional Licenses
○ Property Records

| Background Report |
|---|

| Criminal Records Report |
|---|

---

**Current Address:**

106 Penrose Ct APT B
Indian Trail, NC 28079

**Address 1:**
Po Box 2445
Huntersville, NC 28070

**Address 2:**
2507 Cross Point Cir APT 26
Matthews, NC 28105

**Address 3:**
15012 Statesville Rd APT 97
Huntersville, NC 28078

**Address 4:**
7902 Woodway Oak Cir APT 821
Matthews, NC 28105

**Address 5:**
1500 B Statesville Rd
Huntersville, NC 28078

**Address 6:**
7902 Woodway Oak Cir APT 824
Matthews, NC 28105

**Phone Numbers:**
(704) 777-9510

(704) 526-8954

(704) 890-9510

(704) 516-6383

**Email:**
amazonbf@gmail.com
teranvirtual@gmail.com
maestrevirtual@live.com

**Relatives/Associates:**
Adriana Yolanda Teran (33)
Claudia Teran (31)
Luis R Maestre (38)
Telma I Mendoza (62)
Francisco G Teranfrausto (39)



FREE PUBLIC RECORDS SEARCH                          BeenVerified

First Name                        Last Name

[                    ]             [                    ]        🔍 Start Search



PeopleFinders is dedicated to helping you find people and learn more about them in a safe and responsible manner. PeopleFinders is not a Consumer Reporting Agency (CRA) as defined by the Fair Credit Reporting Act (FCRA). This site can't be used for employment, credit or tenant screening, or related purpose. To learn more, visit our Terms of Service and Privacy Policy. Copyright © 2002-2018 PeopleFinders.com. All Rights Reserved.





**Luis A Maestre Carrillo**
May 21, 2014 ·

Suggested Groups See All

**Rebellious Jukebox**
497 members
+ Join

Case 3:17-cv-00727-RJC-DCK Document 8-7 Filed 03/02/18 Page 10 of 35





**Luis A Maestre Carrillo**
May 19, 2014 ·

Share

3

**Dayana Walter** Divinaa y regiaaaa...
3y · See Translation · 1

**Elizabeth Fragozo Ariza** Buena por esa mono
3y · See Translation · 1

**Luis A Maestre Carrillo** Siii ella esperando a mi hija en el 2010, Ja Ja Ja!!! saludos
3y · See Translation · 1

Friend Requests See All

**Diane Restrepo**
10 mutual friends
Confirm Friend

Patricia Patty Mijitoo ya era hora que lo pusiera!!!!
3y See Translation

January 4, 2014

Cómo atraer buena energía al inicio de 2014
No seas celoso y deja de de buscar fallos y defectos en los demás, la energía negativa sobrevive con los celos y el odio.
See Translation

**Luis A Maestre Carrillo**
March 28, 2010 ·

With adriana futura mama.....

Suggested Groups See All

**Rebellious Jukebox**
497 members
+ Join



Luis A Maestre Carrillo | Stephen | Home

INSTANT GAMES MORE

TRENDING AMONG FRIENDS MORE

Timeline | About | Friends | Photos | More

**DO YOU KNOW LUIS A?**

If you know Luis A, send him a message.

**Luis A Maestre Carrillo** updated his status.
November 23, 2017 ·

SI SE PUEDE CUERPO SANO MENTE SANA!!!!

See Translation

Like Comment Share

Write a comment...

**Luis A Maestre Carrillo** updated his profile picture.
November 23, 2017 ·

YOUR PAGES

Anderson & Associates - ...

A&A - My Brands Onl... 9+

CONTACTS

Mike Briglia

Landon Wade McCourt

Kokoa Jenaè Lawson 2h

Evan Cofsky 5h

Benjamin Morris

Chris Talavera

Jahed Aziz

Guy McVicker

Joseph Montgomery

Sam Kesler

Glenn Yee

Marcus Rodriguez

Pat Glez 1h

Annie Reyes 5h

Anna Grozdanova 1h

Jana Campagna 1h

Search



♡ Married

⌖ From Valledupar, Cesar

🕐 Joined June 2009

Update your profile picture with this frame from **Toni Tails**.

[Try it]

↱ Share

👍 4

See More Recent Stories ⌄

### Photos

INSTANT GAMES    MORE

TRENDING AMONG FRIENDS    MORE

#### YOUR PAGES

🖼 Anderson & Associates - ...

🖼 A&A - My Brands Onl...   9+

#### CONTACTS

Mike Briglia ●

Landon Wade McCourt ●

Kokoa Jenaè Lawson   2h

Evan Cofsky   5h

Benjamin Morris ●

Chris Talavera ●

Jahed Aziz ●

Guy McVicker ●

Joseph Montgomery ●

Sam Kesler ●

Glenn Yee ●

Marcus Rodriguez ●

Pat Glez   1h

Annie Reyes   5h

Anna Grozdanova   1h

Jana Campagna   1h

🔍 Search



Luis A Maestre Carrillo | Stephen | Home

Timeline | About | Friends | Photos | More

**DO YOU KNOW LUIS A?**

If you know Luis A, send him a message.

**Luis A Maestre Carrillo** updated his status.
November 23, 2017 ·

SI SE PUEDE CUERPO SANO MENTE SANA!!!!

If you can heal healthy mind!!!!
Rate this translation

Like Comment Share

Write a comment...

**Luis A Maestre Carrillo** updated his profile picture.
November 23, 2017 ·

INSTANT GAMES MORE

TRENDING AMONG FRIENDS MORE

YOUR PAGES

- Anderson & Associates - ...
- A&A - My Brands Onl... 9+

CONTACTS

- Mike Briglia
- Christine Bouchér
- Kokoa Jenaè Lawson 4h
- Evan Cofsky 6h
- Scott Martin
- Pat Glez 3h
- Annie Reyes 6h
- Anna Grozdanova 3h
- Jana Campagna 26m
- Jorge Leon 6h
- Mariam Tukhi 4h
- Alexis Anderson
- Lorena Sunshine Sal... 9h
- John Martineau 6h
- Teresa Perez Anderson 4h
- Dave Beeman 5h

Search



Went to Central Piedmont Community College

Married

From Valledupar, Cesar

Joined June 2009

Photos

Update your profile picture with this frame from **Toni Tails**. Try it

Share

4

**Luis A Maestre Carrillo** shared Mochica Peruvian Rotisserie Chicken's photo.
September 23, 2017 ·

INSTANT GAMES MORE

TRENDING AMONG FRIENDS MORE

YOUR PAGES

Anderson & Associates - ...

A&A - My Brands Onl... 9+

CONTACTS

Mike Briglia

Christine Bouchér

Kokoa Jenaè Lawson 4h

Evan Cofsky 6h

Scott Martin

Pat Glez 3h

Annie Reyes 6h

Anna Grozdanova 3h

Jana Campagna 26m

Jorge Leon 6h

Mariam Tukhi 4h

Alexis Anderson

Lorena Sunshine Sal... 9h

John Martineau 6h

Teresa Perez Anderson 4h

Dave Beeman 5h

Search



See what you have in common with Luis A's friends.

View

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

+

Privacy · Terms · Advertising · Ad Choices · Cookies · More

Facebook © 2018

Like Comment Share

Write a comment...

**Luis A Maestre Carrillo** recommended **Mochica Peruvian Rotisserie Chicken**.

September 20, 2017 ·

mochica

**Mochica Peruvian Rotisserie Chicken**

4.8 ★ · $$ · Peruvian Restaurant

280 Concord Pkwy S,, Concord, North Carolina 28027

Like Comment Share

4

**Dayana Walter** Successes and many blessings. Every effort will be rewarded.

Like · Reply · See Original (Spanish) · 22w

Write a comment...

**Luis A Maestre Carrillo** updated his profile picture.

January 4, 2017 ·

INSTANT GAMES MORE

TRENDING AMONG FRIENDS MORE

YOUR PAGES

Anderson & Associates - ...

A&A - My Brands Onl... 9+

CONTACTS

Mike Briglia

Christine Bouchér

Kokoa Jenaè Lawson 4h

Evan Cofsky 6h

Scott Martin

Pat Glez 3h

Annie Reyes 6h

Anna Grozdanova 3h

Jana Campagna 26m

Jorge Leon 6h

Mariam Tukhi 4h

Alexis Anderson

Lorena Sunshine Sal... 9h

John Martineau 6h

Teresa Perez Anderson 4h

Dave Beeman 5h

Search

Share

2

**Luis A Maestre Carrillo** updated his profile picture.
September 10, 2016 ·

INSTANT GAMES MORE

TRENDING AMONG FRIENDS MORE

YOUR PAGES

- Anderson & Associates - ...
- A&A - My Brands Onl... 9+

CONTACTS

- Mike Briglia
- Christine Bouchér
- Kokoa Jenaè Lawson 4h
- Evan Cofsky 6h
- Scott Martin
- Pat Glez 3h
- Annie Reyes 6h
- Anna Grozdanova 3h
- Jana Campagna 26m
- Jorge Leon 6h
- Mariam Tukhi 4h
- Alexis Anderson
- Lorena Sunshine Sal... 9h
- John Martineau 6h
- Teresa Perez Anderson 4h
- Dave Beeman 5h

Search



INSTANT GAMES          MORE

TRENDING AMONG FRIENDS   MORE

YOUR PAGES

Anderson & Associates - …

A&A - My Brands Onl…   9+

CONTACTS

Mike Briglia

Christine Bouchér

Kokoa Jenaè Lawson     4h

Evan Cofsky            6h

Scott Martin

Pat Glez              3h

Annie Reyes           6h

Anna Grozdanova       3h

Jana Campagna         26m

Jorge Leon            6h

Mariam Tukhi          4h

Alexis Anderson

Lorena Sunshine Sal…  9h

John Martineau        6h

Teresa Perez Anderson 4h

Dave Beeman           5h



↪ Share

👍 9



Mariaangela Marques Tava tomado Verdade Luiz maestre
See Translation · 1y

Alvaro Daza Bueno y no piensas colocar una foto nueva
See Translation · 1y

Luis A Maestre Carrillo updated his profile picture.
August 21, 2016 · 🌐



🔍 Search



 Share

👍 16

1 Share

**Mariaangela Marques** Vida de Rico deve ser muito Bom
Todos los dia em la plain bjs

See Translation · 1y

---

**Luis A Maestre Carrillo** updated his profile picture.

August 21, 2016 · 🌐



**INSTANT GAMES**   MORE

**TRENDING AMONG FRIENDS**   MORE

**YOUR PAGES**

Anderson & Associates - …

A&A - My Brands Onl…   9+

**CONTACTS**

Mike Briglia   🟢

Christine Bouchér   🟢

Kokoa Jenaè Lawson   4h

Evan Cofsky   6h

Scott Martin   🟢

Pat Glez   3h

Annie Reyes   6h

Anna Grozdanova   3h

Jana Campagna   26m

Jorge Leon   6h

Mariam Tukhi   4h

Alexis Anderson

Lorena Sunshine Sal…   9h

John Martineau   6h

Teresa Perez Anderson   4h

Dave Beeman   5h

🔍 Search



INSTANT GAMES    MORE

TRENDING AMONG FRIENDS    MORE

YOUR PAGES

Anderson & Associates - …

A&A - My Brands Onl…    9+

CONTACTS

Mike Briglia

Christine Bouchér

Kokoa Jenaè Lawson    4h

Evan Cofsky    6h

Scott Martin

Pat Glez    3h

Annie Reyes    6h

Anna Grozdanova    3h

Jana Campagna    26m

Jorge Leon    6h

Mariam Tukhi    4h

Alexis Anderson

Lorena Sunshine Sal…    9h

John Martineau    6h

Teresa Perez Anderson    4h

Dave Beeman    5h



10

**Patricia Patty** Bello!!!!! Dios lo bendiga.    1
See Translation · 2y

**Miguel Enrique Hinojosa Martínez** Como sea como el papá debe ser necio    1
See Translation · 2y

**Lezdarys Daza** Mono que niño tan hermoso Dios lo bendiga.    1
See Translation · 2y

**Luis A Maestre Carrillo** updated his profile picture.
April 7, 2016 ·

Share

Search



⬆ Share

👍 10



Patricia Patty Bellos... falta mi chica grande!! 👍 1
See Translation · 1y

Yadira Itzel Gonzalez Linduras!
See Translation · 1y

**Luis A Maestre Carrillo** updated his profile picture.
April 1, 2016 · 🌐



Case 3:17-cv-00727-RJC-DCK   Document 8-7   Filed 03/02/18   Page 22 of 35

---

**INSTANT GAMES**    MORE

**TRENDING AMONG FRIENDS**    MORE

**YOUR PAGES**

Anderson & Associates - ...

A&A - My Brands Onl...    9+

**CONTACTS**

Mike Briglia

Christine Bouchér

Kokoa Jenaè Lawson    4h

Evan Cofsky    6h

Scott Martin

Pat Glez    3h

Annie Reyes    6h

Anna Grozdanova    3h

Jana Campagna    26m

Jorge Leon    6h

Mariam Tukhi    4h

Alexis Anderson

Lorena Sunshine Sal...    9h

John Martineau    6h

Teresa Perez Anderson    4h

Dave Beeman    5h

🔍 Search

INSTANT GAMES    MORE

TRENDING AMONG FRIENDS    MORE

YOUR PAGES

Anderson & Associates - …

A&A - My Brands Onl…   9+

CONTACTS

Mike Briglia

Christine Bouchér

Kokoa Jenaè Lawson   4h

Evan Cofsky   6h

Scott Martin

Pat Glez   3h

Annie Reyes   6h

Anna Grozdanova   3h

Jana Campagna   26m

Jorge Leon   6h

Mariam Tukhi   4h

Alexis Anderson

Lorena Sunshine Sal…   9h

John Martineau   6h

Teresa Perez Anderson   4h

Dave Beeman   5h



Share

7



Luis A Maestre Carrillo updated his cover photo.
December 22, 2015 ·



Search

INSTANT GAMES   MORE

TRENDING AMONG FRIENDS   MORE



↪ Share

👍 10

Patricia Patty Bellaaaa!! Dios la bendiga.
See Translation · 2y

Dayana Walter Preciosa... Muero de amor...
See Translation · 2y

Rosa Camila Guerra Maestre Hermosa niña
See Translation · 2y

Yvonne Farfan Me gusta la silla....Hermosa la nena
See Translation · 21w · Edited

Luis A Maestre Carrillo updated his cover photo.
December 22, 2015 · 🌐



YOUR PAGES
Anderson & Associates - ...
A&A - My Brands Onl...   9+

CONTACTS
Mike Briglia
Christine Bouchér
Kokoa Jenaè Lawson   4h
Evan Cofsky   6h
Scott Martin
Pat Glez   3h
Annie Reyes   6h
Anna Grozdanova   3h
Jana Campagna   26m
Jorge Leon   6h
Mariam Tukhi   4h
Alexis Anderson
Lorena Sunshine Sal...   9h
John Martineau   6h
Teresa Perez Anderson   4h
Dave Beeman   5h

Search

INSTANT GAMES    MORE

Share

**Luis A Maestre Carrillo** updated his profile picture.
December 22, 2015 · 🌐



Share

**Luis A Maestre Carrillo** updated his cover photo.
December 21, 2015 · 🌐



TRENDING AMONG FRIENDS    MORE

YOUR PAGES

Anderson & Associates - …
A&A - My Brands Onl…   9+

CONTACTS

Mike Briglia
Christine Bouchér
Kokoa Jenaè Lawson   4h
Evan Cofsky   6h
Scott Martin
Pat Glez   3h
Annie Reyes   6h
Anna Grozdanova   3h
Jana Campagna   26m
Jorge Leon   6h
Mariam Tukhi   4h
Alexis Anderson
Lorena Sunshine Sal…   9h
John Martineau   6h
Teresa Perez Anderson   4h
Dave Beeman   5h

Search



INSTANT GAMES    MORE

TRENDING AMONG FRIENDS    MORE

YOUR PAGES

Anderson & Associates - …

A&A - My Brands Onl…   9+

CONTACTS

Mike Briglia
Christine Bouchér
Kokoa Jenaè Lawson   4h
Evan Cofsky   6h
Scott Martin
Pat Glez   3h
Annie Reyes   6h
Anna Grozdanova   3h
Jana Campagna   26m
Jorge Leon   6h
Mariam Tukhi   4h
Alexis Anderson
Lorena Sunshine Sal…   9h
John Martineau   6h
Teresa Perez Anderson   4h
Dave Beeman   5h

Q Search

Share

👍 17

**Maria Isabel Peralta Coronado** que hermoso dios lo bendiga
See Translation · 2y

**Ingri Hinojosa Gutierrez** Ese mono me recuerda un muy querido vecinito que Dios lo bendiga...
See Translation · 2y

**Patricia Patty** Cosita bella!!!
See Translation · 2y

See More Recent Stories ▾



# Luis R Maestre

Comprehensive Background Check

## Personal Summary

**AKAs:**

Luis Maestre
Luis Roberto Carrillo
Luis Maestre Carrillo
Luis Maostre

**Date of Birth:**
6/8/1979

**Age:**
38

**Last Known Address:**

7902 Woodway Oak Cir
Matthews, NC 28105

## Phone Numbers Associated with Luis R Maestre

No Phone Records Found

## Email Addresses Associated with Luis R Maestre

No Emails Found

## Birth Records

No Birth Records Found

## Death Records

No Death Records Found

## Relatives of Luis R Maestre

**Relative Name:** Luis A Maestre

**AKAs:**

Lius A Maestrecarrillo
Lius A Maestrescarillo
Luis A Carrillo
Luis A Teranfrausto
Carillo Luis A Maestres
Luis Maestrescarillo
Luisa Maestre
Luis Naestrescarillo
Luis Maestre
Luis Maestre
Luis Maestres

**Current Address:**

106 Penrose Ct
Indian Trail, NC 28079

| | |
|---|---|
| **Phone:** | **Email:** |
| No Phones Found | amazonbf@gmail.com |
| | teranvirtual@gmail.com |
| | maestrevirtual@live.com |

**Relative Name:** Telma I Mendoza

| | |
|---|---|
| **AKAs:** | **Current Address:** |
| Telma I Carrillo | 510 Cardinal Ct |
| Telma Mendoza | Davidson, NC 28036 |
| Telma Carrillo | |

| | |
|---|---|
| **Phone:** | **Email:** |
| No Phones Found | No Emails Found |

**Relative Name:** Adriana Yolanda Teran

| | |
|---|---|
| **AKAs:** | **Current Address:** |
| Adriana Yolandateran | 3701 Birchdale Ct |
| Adriana Yolanda Teran | Matthews, NC 28104 |
| Adriana Teranfrausto | |
| Adriana Teran | |
| Adriana Yolanda | |

| | |
|---|---|
| **Phone:** | **Email:** |
| No Phones Found | No Emails Found |

**Relative Name:** Claudia Teran

| | |
|---|---|
| **AKAs:** | **Current Address:** |
| Claudia Teranfrausto | 106 Penrose Ct |
| Claudia Teran-Frausto | Indian Trail, NC 28079 |

| | |
|---|---|
| **Phone:** | **Email:** |
| No Phones Found | No Emails Found |

**Relative Name:** Francisco G Teranfrausto

| | |
|---|---|
| **AKAs:** | **Current Address:** |
| Francisco G Teranfrausto | 3701 Birchdale Ct |
| Francisco G Teran | Matthews, NC 28104 |
| Francisco G Terranfrausto | |
| Francisco Teranfrausto | |

| | |
|---|---|
| **Phone:** | **Email:** |
| No Phones Found | No Emails Found |

## Marriage

No Marriage Records Found

## Divorces

Case 3:17-cv-00727-RJC-DCK   Document 8-7   Filed 03/02/18   Page 28 of 35

No Divorce Records Found

## Property Ownerships

No Property Records Found

## Addresses

**Address:** 7902 Woodway Oak Cir, Matthews, NC 28105

Neighbors:

**Address:** 1521 Montgomery St, Charlotte, NC 28216

Neighbors:

**Address:** 4405 Stoney Trace Dr, Mint Hill, NC 28227

No Neighbors Found

**Address:** 7902 Good Way Oak , Matthews, NC 28105

No Neighbors Found

**Address:** 7312 Creekwood Quorum Dr, Charlotte, NC 28212

Neighbors:

**Address:** 2705 Cross Point Cir, Matthews, NC 28105

No Neighbors Found

**Address:** 7902 Wood Way Oaks County Rd, Charlotte, NC 28215

No Neighbors Found

**Address:** 7300 Creekwood Dr, Charlotte, NC 28212

No Neighbors Found

**Address:** 2347 Eastway Dr, Charlotte, NC 28205

No Neighbors Found

**Address:** 1715 Stoney Creek Ln, Charlotte, NC 28262

No Neighbors Found

**Address:** 3830 Havenwood Rd, Charlotte, NC 28205

No Neighbors Found

**Address:** 2001 Salle St, Charlotte, NC 28216

No Neighbors Found

**Address:** 2001 Lasalle St, Charlotte, NC 28216

No Neighbors Found

**Address:** 1715 Stoney Trace Dr, Charlotte, NC 28227

No Neighbors Found

**Address:** 1715 Stoney Trce, Drake, NC 28227

No Neighbors Found

**Address:** 1715 Stoney Trace Dr D , Charlotte, NC 28227

No Neighbors Found

---

## Evictions

**Case Number:** CVM015314

| | | | |
|---|---|---|---|
| **Defendant:** | Luis Maestre | **Type:** | BN |
| **Address:** | 1521 Montgomery St Charlotte, Nc 28216 | **Date Filed:** | 05/20/2005 |
| **Plaintiff:** | Meca Properties | | |
| **Amount:** | $0.00 | **Amount of Default:** | $0.00 |

---

## Foreclosures

No Foreclosure Records Found

---

## Criminal Records for Luis R Maestre (6/8/1979)



| | | |
|---|---|---|
| **Offense:** Not Available | | **Offense Date:** Not Available |
| **Case Type:** Not Available | **Case Number:** 5902003015874C | |



| | | |
|---|---|---|
| **Offense:** Not Available | | **Offense Date:** Not Available |
| **Case Type:** Not Available | **Case Number:** 5902005000125C | |

**Offense:**
Not Available

**Offense Date:**
Not Available

**Case Type:**
Not Available

**Case Number:**
5902004067661C

---



**Offense:**
Not Available

**Offense Date:**
Not Available

**Case Type:**
Not Available

**Case Number:**
5902004038787C

---



**Offense:**
Not Available

**Offense Date:**
Not Available

**Case Type:**
Not Available

**Case Number:**
5902006214339C

---



**Offense:**
Not Available

**Offense Date:**
Not Available

**Case Type:**
Not Available

**Case Number:**
1202002018158C

---



**Offense:**
Not Available

**Offense Date:**
Not Available

**Case Type:**
Not Available

**Case Number:**
5902001167762C

---



**Offense:**
COMMUNICATING THREATS

**Offense Date:**
Not Available

**Case Type:**
MISDEMEANOR

**Case Number:**
2006CR214339

---



**Offense:**
COMMUNICATING THREATS

**Offense Date:**
Not Available

**Case Type:**
MISDEMEANOR

**Case Number:**
2006CR214339

---



**Offense:**
SPEEDING 060/45

**Offense Date:**
Not Available

**Case Type:**
INFRACTIONS

**Case Number:**
2004CR038787

---



**Offense:**
SPEEDING 049/45

**Offense Date:**
Not Available

**Case Type:**
INFRACTIONS

**Case Number:**
2004CR067661

---

https://www.peoplefinders.com/Reports?sales_order_item_id=8bb0ebd2-a543-41e3-93b8-a8960013b275&report_type=background

**Offense:**
RESISTING PUBLIC OFFICER

**Offense Date:**
Not Available

**Case Type:**
MISDEMEANOR

**Case Number:**
2004CR252889



**Offense:**
COMMUNICATING THREATS

**Offense Date:**
Not Available

**Case Type:**
MISDEMEANOR

**Case Number:**
2004CR252888



**Offense:**
POSS/DISP ALT/FICT/REVD DR LIC

**Offense Date:**
Not Available

**Case Type:**
TRAFFIC MISDEMEANOR

**Case Number:**
2002CR018158



**Offense:**
SPEEDING 063/45

**Offense Date:**
Not Available

**Case Type:**
TRAFFIC MISDEMEANOR

**Case Number:**
2004CR067661



**Offense:**
EXPIRED REGISTRATION CARD/TAG

**Offense Date:**
Not Available

**Case Type:**
TRAFFIC MISDEMEANOR

**Case Number:**
2004CR038787



**Offense:**
EXPIRED REGISTRATION CARD/TAG

**Offense Date:**
Not Available

**Case Type:**
TRAFFIC MISDEMEANOR

**Case Number:**
2005CR000125



**Offense:**
DRIVE/ALLOW MV NO REGISTRATION

**Offense Date:**
Not Available

**Case Type:**
TRAFFIC MISDEMEANOR

**Case Number:**
2003CR015874



**Offense:**
NOISE ORDINANCE VIOLATION

**Offense Date:**
Not Available

**Case Type:**
MISDEMEANOR

**Case Number:**
2002CR018158



**Offense:**
SPEEDING 054/35

**Offense Date:**
Not Available

**Case Type:**
TRAFFIC MISDEMEANOR

**Case Number:**
2001CR167762

Case 3:17-cv-00727-RJC-DCK   Document 8-7   Filed 03/02/18   Page 32 of 35

| | Offense: | Offense Date: |
|---|---|---|
|  | Arraigned:COMMUNICATING THREATS | Not Available |
| | **Case Type:** Misdemeanor | **Case Number:** 01590MECKLENBURG_2006CR_214339 |

| | Offense: | Offense Date: |
|---|---|---|
|  | Convict:SPEEDING 049/45 | Not Available |
| | **Case Type:** Infraction | **Case Number:** 01590MECKLENBURG_2004CR_067661 |

| | Offense: | Offense Date: |
|---|---|---|
|  | Arraigned:NOISE ORDINANCE VIOLATION | Not Available |
| | **Case Type:** Misdemeanor | **Case Number:** 01120CABARRUS____2002CR_018158 |

| | Offense: | Offense Date: |
|---|---|---|
|  | Arraigned:POSS/DISP ALT/FICT/REVD DR LIC | Not Available |
| | **Case Type:** Misdemeanor | **Case Number:** 01120CABARRUS____2002CR_018158 |

| | Offense: | Offense Date: |
|---|---|---|
|  | Convict:SPEEDING 054/35 | Not Available |
| | **Case Type:** Misdemeanor | **Case Number:** 01590MECKLENBURG_2001CR_167762 |

| | Offense: | Offense Date: |
|---|---|---|
|  | Arraigned:EXPIRED REGISTRATION CARD/TAG | Not Available |
| | **Case Type:** Misdemeanor | **Case Number:** 01590MECKLENBURG_2005CR_000125 |

| | Offense: | Offense Date: |
|---|---|---|
|  | Arraigned:DRIVE/ALLOW MV NO REGISTRATION | Not Available |
| | **Case Type:** Misdemeanor | **Case Number:** 01590MECKLENBURG_2003CR_015874 |

| | Offense: | Offense Date: |
|---|---|---|
|  | Arraigned:EXPIRED REGISTRATION CARD/TAG | Not Available |
| | **Case Type:** Misdemeanor | **Case Number:** 01590MECKLENBURG_2004CR_038787 |

| | Offense: | Offense Date: |
|---|---|---|
|  | Convict:SPEEDING 046/45 | Not Available |
| | **Case Type:** Infraction | **Case Number:** 01590MECKLENBURG_2004CR_038787 |



| | **Offense:** | | **Offense Date:** |
|---|---|---|---|
| | Not Available | | Not Available |
| | **Case Type:** | **Case Number:** | |
| | Not Available | 1202002018158CR | |

| | **Offense:** | | **Offense Date:** |
|---|---|---|---|
| | Not Available | | Not Available |
| | **Case Type:** | **Case Number:** | |
| | Not Available | 5902003015874CR | |

| | **Offense:** | | **Offense Date:** |
|---|---|---|---|
| | Not Available | | Not Available |
| | **Case Type:** | **Case Number:** | |
| | Not Available | 5902006214339CR | |

| | **Offense:** | | **Offense Date:** |
|---|---|---|---|
| | Not Available | | Not Available |
| | **Case Type:** | **Case Number:** | |
| | Not Available | 5902004067661CR | |

| | **Offense:** | | **Offense Date:** |
|---|---|---|---|
| | Not Available | | Not Available |
| | **Case Type:** | **Case Number:** | |
| | Not Available | 5902004038787CR | |

| | **Offense:** | | **Offense Date:** |
|---|---|---|---|
| | Not Available | | Not Available |
| | **Case Type:** | **Case Number:** | |
| | Not Available | 5902001167762CR | |

| | **Offense:** | | **Offense Date:** |
|---|---|---|---|
| | Not Available | | Not Available |
| | **Case Type:** | **Case Number:** | |
| | Not Available | 5902005000125CR | |

## Liens

No Liens Found

## Judgements

No Judgements Found

## Bankruptcies

No Bankruptcy Records Found

Case 3:17-cv-00727-RJC-DCK   Document 8-7   Filed 03/02/18   Page 34 of 35

## Corporations

**Company Name:** Cartoon And Series Llc

| **Name:** | Luis Maestre | **Business Type:** | Cartoon And Series Llc | | |
|---|---|---|---|---|---|
| **Title:** | Manager | **Address:** | Po Box 2445<br>Huntersville, Nc 28070 | **Date Filed:** | 10/28/2011 |

## Fictitious Business Names

**Company Name:** Carolina Maid Express

| **Name:** | Luis Maestre | **Business Type:** | Not Available | | |
|---|---|---|---|---|---|
| **Title:** | Not Available | **Address:** | 7902 Woodway OakApt 835 | **Date Filed:** | Not Available |

**Company Name:** Carolina Maid Express

| **Name:** | Luis Maestre | **Business Type:** | Not Available | | |
|---|---|---|---|---|---|
| **Title:** | Not Available | **Address:** | 7902 Woodway Oak CirApt 835 | **Date Filed:** | Not Available |

## Licenses

No License Records Found