

Search 



## la michoacana paleteria

Quique Bowser    Food & Drink    ★★★★★ 3

Everyone

**Contains ads**

ⓘ This app is compatible with all of your devices.

Installed

 

This is an awesome family owned and operated business. You feel like you're in another country walking into this establishment. Mexican music is on, practically everyone inside in Latin American, words are written in Spanish and everything on the menu is something I've never seen before! The menu is mostly in Spanish, but don't worry if your translation is a little rusty. The friendly and welcoming team members will help point you toward the right treat to satisfy your sweet tooth. If you're not sure, just ask – they're really helpful.

Our History

Founded in 2015 by Adriana Teran and your husband Luis Maestre, LA MICHOACANA has been

Similar    See more


healow
eClinicalWorks LLC
Manage your and your family's health information.
★★★★☆ FREE


LUAN GAMEPLA
CKA
NOW IN YOUR CELL PHONE, VERY FUNNY!
★★★★★ FREE


Attendance Man
Dot Inc.
The easiest way to track, view and edit your daily attendance and timetable
★★★★☆ FREE


Decluttr
Entertainment Magpie L
Just scan or key in your item's barcode, get an instant offer price.
★★★★☆ FREE


Lovegg - Love Ca
Mustafa Taran
It is now easy to keep track of how many days

Case 3:17-cv-00727-RJC-DCK   Document 8-8   Filed 03/02/18   Page 1 of 18

serving the Concord North Carolina area for quite some time now, becoming the best Ice Cream Shop around. We are a proud member of the Concord local merchant community, and love every opportunity to interact with our customers as we provide them with the freshest and most delicious ingredients. We have a wide selection of quality products that we're sure you'll just love. Stop by to have a taste!Since being founded in 2015, LA MICHOACANA has become an important part of the Concord NC community. Supplying amazing quality food products at an exceptionally low price. There's no wonder why we're considered one of the most reliable Ice Cream Shop around. We're committed to serving all of our customers with the utmost care and respect, as they deserve the best.

Learn all about LA MICHOACANA and what we offer here, or better yet stop by the store to see what the buzz around us is all about.

REVIEWS                                                     ✏ Write a Review



5.0
★★★★★
👤 3 total

★ 4   0
★ 3   0
★ 2   0
★ 1   0

Jose Lazaro   ★★★★★
Nice App!

ivonne bowser   ★★★★★
Nice app bro

ADDITIONAL INFORMATION

Updated              Installs           Current Version
July 15, 2017        10 - 50            0.0.5

Requires Android     Content Rating     Interactive Elements
4.0 and up           Everyone           Digital Purchases
                     Learn more

Permissions          Report             Offered By



you are with your lover!
★★★★½        FREE

Categories ▾   Home   Top Charts   New Releases

Apps
My apps
Shop
Games
Family
Editors' Choice

Account
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

View details

Flag as inappropriate

Quique Bowser

**Developer**
Visit website
Email hlifebowser@gmail.com
Privacy Policy
4153 dc dr concord nc

©2018 Google   Site Terms of Service   Privacy   Developers   Artists   About Google
By purchasing this item, you are transacting with Google Payments and agreeing to the Google Payments Terms of Service and Privacy Notice .






Google Play

Sesha

1

Izinhlelo zokusebenza

Izigaba | Ekhaya | Amashadi aphezulu | Ukukhishwa okusha

Izinhlelo zami zokusebenza

Isitolo

Amageyimu

Okomndeni

Ukukhetha komhleli

I-akhawunti

Engikubhalisele

Sebenzisa

Thenga ikhadi lesipho

Uhlu lwezifiso zami

Umsebenzi wami we-My Play

Umhlahlandlela womzali

**Quique Bowser** **Ukudla nesiphuzo** ★★★★★ 3

**Wonke umuntu**

**Iqukethe izikhangiso**

Uhlelo lokusebenza luhambisana nawo wonke amadivayisi wakho.

**Kufakiwe**

healow
eClinicalWorks LLC
Phatha lakho kanye nemininingwane wezempilo nomndeni
★★★★ MAHHALA

LUAN GAMEPLA
CKA
MANJE NGO YAKHO EPHATHEKAYO WENA SOOOO FUN!
★★★★★ MAHHALA

Attendance Man
Dot Inc.
Indlela elula ukulandelela, buka bese uhlela abakhona yakho nsuku
★★★★ MAHHALA

Decluttr
Entertainment Magpie L
Nje scan noma esemqoka ibhakhodi intwana yakho, uthole sipho price
★★★★ MAHHALA

Lovegg - Love Ca
Mustafa Taran
Kulula manje lokhozi zingaki izinsuku wena

lover yakho!

★★★★★ MAHHALA

 Humushela incazelo ku-isiZulu usebenzisa i-Google Translate?   Humusha

This is an awesome family owned and operated business. You feel like you're in another country walking into this establishment. Mexican music is on, practically everyone inside in Latin American, words are written in Spanish and everything on the menu is something I've never seen before!
The menu is mostly in Spanish, but don't worry if your translation is a little rusty. The friendly and welcoming team members will help point you toward the right treat to satisfy your sweet tooth. If you're not sure, just ask – they're really helpful.

Our History

Founded in 2015 by Adriana Teran and your husband Luis Maestre, LA MICHOACANA has been serving the Concord North Carolina area for quite some time now, becoming the best Ice Cream Shop around. We are a proud member of the Concord local merchant community, and love every opportunity to interact with our customers as we provide them with the freshest and most delicious ingredients. We have a wide selection of quality products that we're sure you'll just love. Stop by to have a taste!Since being founded in 2015, LA MICHOACANA has become an important part of the Concord NC community. Supplying amazing quality food products at an exceptionally low price. There's no wonder why we're considered one of the most reliable Ice Cream Shop around. We're committed to serving all of our customers with the utmost care and respect, as they deserve the best.

Learn all about LA MICHOACANA and what we offer here, or better yet stop by the store to see what the buzz around us is all about.

**IZIBUYEKEZO**   ✏ Bhala ukubuyekeza



5.0
★★★★★
👤 3 inani

★5  3
★4  0
★3  0
★2  0
★1  0

**Case 3:17-cv-00727-RJC-DCK   Document 8-8   Filed 03/02/18   Page 5 of 18**

IMINININGWANE ENGEZIWE

**Kubuyekeziwe**
Julayi 15, 2017

**Ukufaka**
10 - 50

**Inguqulo yamanje:**
0.0.5

**Idinga i-Android**
I-4.0 nokuphezulu

**Isilinganiselwa sokuqukethwe**
Wonke umuntu
Funda kabanzi

**Izinto ezibandakanyayo**
Ukuthenga kwedijithali

**Izimvume**
Buka imininingwane

**Umbiko**
Maka njengokungafanele

**Kunikezelwe ngu**
Quique Bowser

**Unjiniyela**
Vakashela iwebhusayithi
I-imeyili hlifebowser@gmail.com
Inqubomgomo Yemfihlo
4153 dc dr concord nc

©2018 Google    Imigomo Yesevisi Yesayithi    Ubumfihlo    Onjiniyela    Abaculi    Mayelana ne-Google
Ngokuthenga le nto, uthobelana ne-Google Payments futhi uyavumelana ne-Google Payments Imigomo Yesevisi ne-Isaziso sobumfihlo.

Case 3:17-cv-00727-RJC-DCK   Document 8-8   Filed 03/02/18   Page 6 of 18

**Deutsch apk Herunterladen** | Spiele | Apps | Mods

Deutsch apk Herunterladen >> essen amp trinken >> la michoacana paleteria APK



## la michoacana paleteria APK

**Bewertung**: 5/5 beyogen auf 3 Bewertungen.

 ⚠

    

Dies ist die Originaldateien und frei von Viren APK ist sicher vor dem Spiegel zum Download bereit.

So überprüfen Sie die Version zurück

Advertisement



There's a perfect Audi for everyone.

### la michoacana paleteria APK

| | |
|---|---|
| Version | Varia de acordo com o dispositivo |
| zuletzt aktualisiert | Sep 21, 2017 |
| Anwendung mit | Quique Bowser |
| Preis | frei |

Case 3:17-cv-00727-RJC-DCK   Document 8-8   Filed 03/02/18   Page 7 of 18

| | |
|---|---|
| Kategorie | essen amp trinken |
| Inhaltsbewertung | Bewertungen5 |
| Anfrage-Geräte | Android |
| Indonesier | Nein |
| internet | keine brauchen |
| der Name der Anwendung | com.app.michoacana |
| Wurzel | Nein |
| Kauf | ja |
| Komm schon Google Play | la michoacana paleteria APK |

## la michoacana paleteria APK



Case 3:17-cv-00727-RJC-DCK   Document 8-8   Filed 03/02/18   Page 8 of 18

Cara menginstal mod

Was für OBB?

2/28/2018

Download la michoacana paleteria APK Varia de acordo com o dispositivo APK für Android - essen amp trinken App kostenloser Download.

la michoacana paleteria APK

**detail**

Dies ist eine wunderbare Familienunternehmen und betrieben Geschäft. Man fühlt sich wie in einem anderen Land zu Fuß in dieses Etablissement sind. Mexikanische Musik ist auf praktisch jeder innen in Lateinamerika, Worte in Spanisch geschrieben und alles auf der Speisekarte ist etwas, was ich noch nie zuvor gesehen!

Das Menü ist meist in Spanisch, aber keine Sorge, wenn Ihre Übersetzung ein wenig rostig ist. Die freundlichen und einladende Teammitglieder Punkt, den Sie nach rechts behandeln helfen Sie Ihren süßen Zahn zu befriedigen. Wenn Sie nicht sicher sind, fragen Sie einfach - sie sind wirklich hilfreich.

Unsere Geschichte

Gegründet im Jahr 2015 von Adriana Teran und Ihrem Mann Luis Maestre, LA Michoacana wurde nun das Concord North Carolina Bereich seit geraumer Zeit dient, immer den besten Ice Cream Shop um. Wir sind ein stolzes Mitglied der lokalen Händlers Gemeinschaft Concord, und lieben jede Gelegenheit, mit unseren Kunden zu interagieren, wie wir sie mit den frischesten und leckersten Zutaten liefern. Wir haben eine große Auswahl an hochwertigen Produkten, die wir sind sicher, dass Sie nur die Liebe. Stoppen Sie durch einen Geschmack haben! Seit im Jahr 2015 gegründet wurde, hat LA Michoacana ein wichtiger Teil der Concord NC Gemeinschaft zu werden. Die Versorgung erstaunliche Qualität Lebensmittel zu einem äußerst günstigen Preis. Es ist kein Wunder, warum wir um eine der zuverlässigsten Ice Cream Shop in Betracht gezogen sind. Wir sind verpflichtet, alle unsere Kunden mit größter Sorgfalt und Respekt zu dienen, wie sie das Beste verdienen.

Erfahren Sie alles über LA Michoacana und was wir bieten hier, oder besser noch durch den Laden zu stoppen, um zu sehen, was der Hype um uns dreht sich alles um.

alle Versionen

| la michoacana paleteria APK 0.0.5 | Jul 15, 2017 |
|---|---|

Kommentar la michoacana paleteria APK

Kommentar:

Benutzername:

email:

Case 3:17-cv-00727-RJC-DCK   Document 8-8   Filed 03/02/18   Page 9 of 18






lover yakho!

★★★★½  MAHHALA


Humushela incazelo ku-isiZulu usebenzisa i-Google Translate?    Humusha

This is an awesome family owned and operated business. You feel like you're in another country walking into this establishment. Mexican music is on, practically everyone inside in Latin American, words are written in Spanish and everything on the menu is something I've never seen before!
The menu is mostly in Spanish, but don't worry if your translation is a little rusty. The friendly and welcoming team members will help point you toward the right treat to satisfy your sweet tooth. If you're not sure, just ask – they're really helpful.

Our History

Founded in 2015 by Adriana Teran and your husband Luis Maestre, LA MICHOACANA has been serving the Concord North Carolina area for quite some time now, becoming the best Ice Cream Shop around. We are a proud member of the Concord local merchant community, and love every opportunity to interact with our customers as we provide them with the freshest and most delicious ingredients. We have a wide selection of quality products that we're sure you'll just love. Stop by to have a taste!Since being founded in 2015, LA MICHOACANA has become an important part of the Concord NC community. Supplying amazing quality food products at an exceptionally low price. There's no wonder why we're considered one of the most reliable Ice Cream Shop around. We're committed to serving all of our customers with the utmost care and respect, as they deserve the best.

Learn all about LA MICHOACANA and what we offer here, or better yet stop by the store to see what the buzz around us is all about.

## IZIBUYEKEZO

✏️ Bhala ukubuyekeza



5.0
★★★★★
👤 3 inani

★5  3
★4  0
★3  0
★2  0
★1  0

Case 3:17-cv-00727-RJC-DCK   Document 8-8   Filed 03/02/18   Page 11 of 18




AR    بحث...    المنتجات    موضوع    تطبيقات    ألعاب







la michoacana paleteria » طعام ومشروب » الصفحة الرئيسية

# la michoacana paleteria APK

   



5.0/5 ( 0 مناقشات )

| مؤلف: | احدث اصدار: | تاريخ النشر: |
|---|---|---|
| Quique Bowser | 0.0.5 | 2017-07-15 |

تحميل APK

 باستخدام APKPure App لترقية la michoacana paleteria, بسرعة وحرة وحفظ البيانات الخاصة بك على الإنترنت.

نوصي به     المزيد »

**صقور العرب :INVASION**
2018-03-01
تحميل APK

**Twitter**
2018-03-01
تحميل APK

**Driving Zone: Germany**
2018-02-28
تحميل APK



تحميل APKPure App

Case 3:17-cv-00727-RJC-DCK    Document 8-8    Filed 03/02/18    Page 12 of 18

خرائط
2018-02-28
تحميل APK


دردشة فيديو لقاء الفتيات
2018-02-28
تحميل APK


نزال الأبطال Marvel
2018-02-28
تحميل APK


Gboard - لوحة مفاتيح Google
2018-02-28
تحميل APK


واتس بلس الازرق2018
2018-02-28
تحميل APK


Gmail
2018-02-28
تحميل APK


Recovery&Transfer&Backup - e…
2018-02-27
تحميل APK




هذا الوصف لـ la michoacana paleteria

This is an awesome family owned and operated business. You feel like you're in another country walking into this establishment. Mexican music is on, practically everyone inside in Latin American, words are written in Spanish and everything on the menu is something I've never seen before!

The menu is mostly in Spanish, but don't worry if your translation is a little rusty. The friendly and welcoming team members will help point you toward the right treat to satisfy your sweet tooth. If you're not sure, just ask – they're really helpful.

Our History

عرض المزيد

| الفئة: | الحصول عليه على: | المتطلبات: | تقرير: |
|---|---|---|---|
| مجاني طعام ومشروب تطبيقات | Google Play | 4.0 and up | تحديد كغير مناسب |

Advertisement

 AdChoices

| Download for Free | Download Game |
| Free Install | Download Word |

مشابهة أو ذات صلة   المزيد »

| لائق الذهب الأسود قاذفة | الوردي الباندا الحب | Lovegg - Love Calendar | عشاق قليلا |
| 2017-12-30 | 2018-01-31 | 2017-10-19 | N GAMEPLAYS ÁUDIOS… |

| | الكتابة على الجدران شارع الفن | | |
| 2017-09-15 | 2017-04-25 | 2017-04-25 | |



تحميل APKPure App

Case 3:17-cv-00727-RJC-DCK   Document 8-8   Filed 03/02/18   Page 13 of 18

 **ApkClean**   Apps   Games   Search...


There's a perfect Audi for everyone.

Home // Apps // Food & Drink // la michoacana paleteria APK



## la michoacana paleteria APK

★★★★★ Less than 100 votes, 5.0/5

This is an awesome family owned and operated business. You feel like you're in another country walking into this...[read more]

| Latest Version | 0.0.5 | Category | Apps, Food & Drink |
| Updated | 2017-07-15 | Author | Quique Bowser |
| Size | 9.8 MB | Download | 10+ |

- Request Update
- Show QR code
- Get it on Google Play

**Download APK (9.8 MB)**

This is an original APK file direct fetch from google play. It is safe to download and free of any virus.

## File Infos

| Version | 0.0.5 |
| Size | 9.8 MB |
| File Name | com.app.michoacana-v0.0.5-apkclean.com.apk |
| Requires Android Version | Android 4.0+ (Ice Cream Sandwich) |
| Recommended | Android 6.0 (Marshmallow) |
| Package Name | com.app.michoacana |
| Author's Notes | Happiness to a single click app to sweeten your life, Icecream, Icepops & food |

**Certificate fingerprints (Signature):**
SHA-1: 817D2EAEEEBCAB6E032AB4A51ECCA9BBB8E2CECB

   

Case 3:17-cv-00727-RJC-DCK   Document 8-8   Filed 03/02/18   Page 14 of 18

**File hashes:**
MD5: CE8C5AA35DB3E3A5E3EEA317F9A35810
SHA-1: 2CF651D493726774FAFD92DF05C273A50D98F15D
SHA-256: 852D04E30A30F558B5B0065F6CCF7276EDF0BAB38EF8C945D227D23C3DCCC444
Verify the file you downloaded is not corrupt and was not tampered with using the file hashes above.

**Application Permissions**
android.permission.INTERNET
android.permission.ACCESS_COARSE_LOCATION
android.permission.ACCESS_FINE_LOCATION
android.permission.ACCESS_NETWORK_STATE
android.permission.WRITE_EXTERNAL_STORAGE
android.permission.READ_EXTERNAL_STORAGE
android.permission.WAKE_LOCK
com.sec.android.provider.badge.permission.READ
com.sec.android.provider.badge.permission.WRITE
com.htc.launcher.permission.READ_SETTINGS

SHOW MORE



### Screenshots (5 pics)



### About la michoacana paleteria APK

**Table Of Contents**

- Application description
- Reviews from verified install users
- How to install la michoacana paleteria APK?
- Questions & Answers

    

Case 3:17-cv-00727-RJC-DCK   Document 8-8   Filed 03/02/18   Page 15 of 18



la michoacana paleteria APK Download for Android

## Description

This is an awesome family owned and operated business. You feel like you're in another country walking into this establishment. Mexican music is on, practically everyone inside in Latin American, words are written in Spanish and everything on the menu is something I've never seen before!
The menu is mostly in Spanish, but don't worry if your translation is a little rusty. The friendly and welcoming team members will help point you toward the right treat to satisfy your sweet tooth. If you're not sure, just ask – they're really helpful.

Our History

Founded in 2015 by Adriana Teran and your husband Luis Maestre, LA MICHOACANA has been serving the Concord North Carolina area for quite some time now, becoming the best Ice Cream Shop around. We are a proud member of the Concord local merchant community, and love every opportunity to interact with our customers as we provide them with the freshest and most delicious ingredients. We have a wide selection of quality products that we're sure you'll just love. Stop by to have a taste!Since being founded in 2015, LA MICHOACANA has become an important part of the Concord NC community. Supplying amazing quality food products at an exceptionally low price. There's no wonder why we're considered one of the most reliable Ice Cream Shop around. We're committed to serving all of our customers with the utmost care and respect, as they deserve the best.

Learn all about LA MICHOACANA and what we offer here, or better yet stop by the store to see what the buzz around us is all about.

## User's Reivew

★★★★★ Nice App!
by *joselazaro620* on July 21, 2017

★★★★★ Nice app bro
by *ivonne bowser* on July 14, 2017

## How to install la michoacana paleteria APK on Android phone or tablet?

Download la michoacana paleteria APK file from ApkClean.com, then follow these steps:








Case 3:17-cv-00727-RJC-DCK   Document 8-8   Filed 03/02/18   Page 16 of 18

- Go to your phone Settings page
- Tap Security or Applications (varies with device)
- Check the Unknown Sources box
- Confirm with OK

**Go to Downloads**

- Open Downloads on your device by going to My Files or Files
- Tap the APK file you downloaded (com.app.michoacana-v0.0.5-apkclean.com.apk)
- Tap Install when prompted, the APK file you downloaded will be installed on your device.

**See more (full steps with pictures)**

- How to install APK Files on Android phone or tablet?
- How to install APK Files on PC or laptop (Windows 10/8.1/8/7, Bluestacks, Android emulator, ...)?
- How to install APK Files on Mac?
- How to install APK Files on Blackberry (BB OS v10.3+)?
- How to install APK Files on Windows Phone?
- How to install APK Files on Android TV?

**Questions & Answers**

**Q:** What is an APK File?

**A:** Just like Windows (PC) systems use an .exe file for installing software, Android does the same. An APK file is the file format used for installing software on the Android operating system.

**Q:** If I install an APK from this website, will I be able to update the app from the Play Store?

**A:** Yes, absolutely. The Play Store installs APKs it downloads from Google's servers, and sideloading from a site like ApkClean.com goes through a very similar process, except you're the one performing the downloading and initiating the installation (sideloading).
As soon as the Play Store finds a version of the app newer than the one you've sideloaded, it will commence an update.

**Q:** Why ApkClean.com can guarantee APK 100% safe?

**A:** Whenever someone wants to download an APK file from ApkClean.com, we'll check the corresponding APK file on Google Play and allow user download it directly (of course, we'll cache it on our server). If the APK file does not exist on Google Play, we'll search it in our cache.

**Q:** What are Android App permissions?

**A:** Apps require access to certain systems within your device. When you install an application, you are notified of all of the permissions required to run that application.

**Don't hesitate to** comment **below if you have any questions or concerns.**

---

| **Similar Apps** |

Design - Photo Editin…  
by IncDevapps

Arabic Songs & Music…  
by Entertainment Channel…

Merchant APK  
by Retora Game Studios






Case 3:17-cv-00727-RJC-DCK   Document 8-8   Filed 03/02/18   Page 17 of 18

 Hindi Attitude Status …
by Indian AppSoft
500,000+
This app have grand colle…

 Ésika Conmigo APK
by BELCORP
50,000+
Esika Conmigo will allow …

 Drivvo – Car manage…
by Drivvo
1,000,000+
Manage your fuel log, fuel…

 Cooking Candies APK
by bweb media
50,000+
Stay inspired and amaze …

 Add Watermark Free …
by AndroidVilla
1,000,000+
Add Watermark - Sign yo…

 BAKING TUTORIALS…
by Grey's Media
50,000+
This application provides …

 western flix APK
by PEET DE LANGE
10,000+
Watch your old time favou…

 Spoken English to Tel…
by Moving Curves
10,000+
Learn English from Telug…

 La verdad de la ley APK
by APPsolute Marketing L…
1,000+
The truth of the law

## Share your Comments

**Load Comments...**

©2017 ApkClean • About Us • Privacy Policy • Contact Us

**Disclaimer**: Android, Google Play, and the Google Play logo are trademarks of Google Inc. • This Website is only for Free apps, to report copyrighted content (DMCA), Use This Form

