# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-727-RJC-DCK

| | |
|---|---|
| LA MICHOACANA NATURAL, LLC, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )    **ORDER**<br>) |
| LUIS MAESTRE, ADRIANA TERAN, and<br>LA LINDA MICHOACANA, | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** regarding Defendants' "Motion To Dismiss Pursuant To Rule 12(B)(2)" (Document No. 7) filed February 16, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting that Defendants filed an amended "Motion To Dismiss …" (Document No. 13), the undersigned will deny the motion as moot.

**IT IS, THEREFORE, ORDERED** that Defendants' "Motion To Dismiss Pursuant To Rule 12(B)(2)" (Document No. 7) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Plaintiff may file a response or an Amended Complaint on or before **April 15, 2018**. See Fed.R.Civ.P. 15.

**SO ORDERED**.

Signed: March 23, 2018

David C. Keesler
United States Magistrate Judge