# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-727-RJC-DCK

| | |
|---|---|
| LA MICHOACANA NATURAL, LLC, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| LUIS MAESTRE, ADRIANA TERAN, and<br>LA LINDA MICHOACANA, | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion For Sanctions Due To Defendants' Failure Comply With Court Order & Stipulation Re: Discovery" (Document No. 58) and "Defendants' Counsel's Third Motion To Withdraw As Counsel" (Document No. 59) These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Having carefully considered the motions and the record, the undersigned will direct that Defendants, **and/or** counsel on their behalf, shall file a response to "Plaintiff's Motion For Sanctions…." Failure to file timely and persuasive response(s) will likely result in the requested relief being granted and/or additional sanctions.

Also, in addition to Plaintiff, Defendants, individually, shall file a response to "Defendants' Counsel's Third Motion To Withdraw As Counsel" indicating their position on counsel's request and providing complete contact information for each Defendant. Defendants' failure to file a timely response to this motion may also lead to sanctions. See (Document No. 52, p. 11).

**IT IS, THEREFORE, ORDERED** that Defendants and/or their counsel shall file response(s) to "Plaintiff's Motion For Sanctions Due To Defendants' Failure Comply With Court Order & Stipulation Re: Discovery" (Document No. 58) on or before **March 12, 2019**.

**IT IS FURTHER ORDERED** that Plaintiff <u>and</u> Defendants, individually, shall file responses to "Defendants' Counsel's Third Motion To Withdraw As Counsel" (Document No. 59) on or before **March 12, 2019**.

<u>The Clerk of Court is directed to send copies of this Order to counsel for the parties by ECF; and to send copies of this Order to Defendants at the address identified in Document No. 59, by certified U.S. Mail, return receipt requested</u>.

**SO ORDERED**.

Signed: February 28, 2019

David C. Keesler
United States Magistrate Judge