UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:17-cv-00727-RJC-DCK

LA MICHOACANA NATURAL, LLC,

        Plaintiff,

v.

LUIS MAESTRE, an individual, d/b/a LA MICHOACANA and/or LA LINDA MICHOACANA et al.,

        Defendant.

### DECLARATION OF LAURA L. CHAPMAN IN SUPPORT OF MOTION TO QUASH SUBPOENA SERVED ON NON-PARTY PLM OPERATIONS, LLC

I, Laura L. Chapman, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Sheppard Mullin Richter & Hampton, LLP. I represent non-party PLM Operations, LLC ("PLM"). I submit this declaration in support of the Motion to Quash Subpoena Served on Non-Party PLM Operations, LLC.

2. On July 26, 2019, I received a subpoena from Plaintiff La Michoacana Natural, LLC directed to PLM. A true and accurate copy of that subpoena is attached as Exhibit 1.

3. The attached Exhibit 2 is a true and accurate copy of the letter Plaintiff's counsel sent to me enclosing the subpoena.

4. The attached Exhibit 3 is a true and accurate copy of an email exchange I had with Plaintiff's counsel on July 31, 2019.

5. The attached Exhibit 4 is a true and accurate copy of my correspondence with Plaintiff's counsel on August 6, 2019.

6. The attached Exhibit 5 is a true and accurate copy of my email correspondence to Plaintiff's counsel on August 7, 2019.

7. The attached Exhibit 6 is a true and accurate copy of a letter I received from Plaintiff's counsel on August 7, 2019.

8. The attached Exhibit 7 is a true and accurate copy of a letter I sent to Plaintiff's counsel on August 9, 2019. The letter is dated August 5, 2019, but that was a mistake. The letter was actually sent on August 9, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 14, 2019, at Myrtle Beach, South Carolina.

*Laura Chapman*
LAURA L. CHAPMAN

# CERTIFICATE OF SERVICE

I certify that I served the foregoing DECLARATION OF LAURA L. CHAPMAN IN SUPPORT OF NON-PARTY PLM OPERATIONS, LLC'S MOTION TO QUASH NON-PARTY SUBPOENA on all parties of record as follows:

<u>Via Electronic Filing</u>
Stephen L. Anderson (<u>attorneys@brandxperts.com</u>)
Albert P. Allan (<u>alallan@allaniplitigation.com</u>)
*Counsel for Plaintiff*

<u>Via U.S. Mail</u>
Luis Maestre
15008 Statesville Road
Apartment 88
Huntersville, NC 28078
*Pro se Defendant*

Adriana Teran
15008 Statesville Road
Apartment 88
Huntersville, NC 28078
*Pro se Defendant*

La Michoacana
15008 Statesville Road
Apartment 88
Huntersville, NC 28078
*Pro se Defendant*

/s/ Corby C. Anderson
Corby C. Anderson