# Exhibit 2

**Anderson Law – We Protect Imagination**®
41923 2nd Street #201
Temecula, California 92590
(951) 296-1700
attorneys@brandxperts.com

July 26, 2019

Laura Chapman
SheppardMullin
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
    and via e-mail to: LChapman@sheppardmullin.com

RE:    LA MICHOACANA NATURAL, LLC v. LUIS MAESTRE et.al.
         USDC for the Western Dist. Of N. Carolina No. 3:17-cv-00727-RJC-DCK
         Courtesy Notice of:
            1. SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION as directed to PLM Operations, LLC; and
            2. SUMMARY JUDGMENT ORDER

Dear Ms. Chapman:

    Please be advised that earlier today your client PLM Operations LLC ("PLM") was served with the attached documents.

    The attached **Subpoena to Produce Documents** commands PLM's production of documents pursuant to FRCP Rules 45, 69, 70 and 71 and requires a written response and production to be provided at the following address, namely: 1143 Beaconsfield Road, San Jose, CA 95121, no later than August 14, 2019 at 10:00 am. In the alternative, your client can comply by providing the responsive documents and items to my office in advance of such date and time.

    Please feel free to contact me with any questions or comments regarding same.

    The **Summary Judgment Order** (a copy of which was served on you previously on July 17, 2019 (as counsel of record to PLM Operations, LLC) in the matter of *PLM Operations, LLC v. PRODUCTOS LACTOES TOCUMBO, S.A. de C.V.*- USPTO Opposition No. 91245908 is also attached hereto.)

    As you have likely observed and as your client should be aware, the Court's Summary Judgment Order provides, *inter alia*:

> "Defendants and their officers, directors, employees, agents, representatives, and their respective licensees, successors, and heirs, if any, and all of those in active concert or participation with them who receive actual notice of the Injunction are hereby permanently restrained and enjoined from engaging either directly or indirectly in any activity involving the marketing, advertising, promotion, or selling of any goods or services in connection with the marks LA

1

MICHOACANA, LA MICHOACANA ATURAL, , , , or and/or LA FLOR DE MICHOACAN, and/or any colorable simulation, designation or marks…on or in connection with any product, service or activity including, without limitation, ice cream, fruit ice confections, fruit drinks and ice cream parlor services."
(See Pages 19-20).

Accordingly, we hereby further advise you and PLM that there is probable cause to believe that PLM is now violating the North Carolina District Court's Injunctive Orders and, inasmuch as: i) PLM has been (repeatedly) served with actual notice of the Injunction; ii) that PLM is now acting in concert and participation with the Defendants in the North Carolina action to violate the Court Order by displaying, marketing, advertising and selling ice cream and fruit ice confections in connection with my clients' trademarks; and iii) that such infringing actions are intended to and are causing my clients' continuing harm.

Therefore, because PLM is and remains in violation of the Court's Injunctive Orders and may well be cited for contempt of court, we hereby advise your client to govern itself accordingly.

With the above in mind, we look forward to hearing from you soon.

Sincerely yours,

*/StephenLAnderson/*

Stephen L. Anderson
Anderson Law
WE PROTECT IMAGINATION®

Enclosures: as stated