# Exhibit 3

| From: | Stephen Anderson |
|---|---|
| To: | Laura Chapman |
| Subject: | Re: USPTO Proceeding Nos. 91245908 and 91205049 |
| Date: | Wednesday, July 31, 2019 5:01:06 PM |

Sure. Please provide a brief description of your concerns and any grounds and authority therefor.

On Wed, Jul 31, 2019, 4:39 PM Laura Chapman <LChapman@sheppardmullin.com> wrote:

> I would like to speak with you about the subpoena this week. When are you available?
>
> **From:** Stephen Anderson <namesavers@gmail.com>
> **Sent:** Wednesday, July 31, 2019 4:33 PM
> **To:** Laura Chapman <LChapman@sheppardmullin.com>
> **Subject:** Re: USPTO Proceeding Nos. 91245908 and 91205049
>
> On what grounds?
>
> On Wed, Jul 31, 2019 at 4:17 PM Laura Chapman <LChapman@sheppardmullin.com> wrote:
>
>> Counsel:
>>
>> When are you available to meet and confer on a motion to quash the subpoena?
>>
>> Laura Chapman
>>
>> 415 217 9899
>>
>> ---
>>
>> **From:** Stephen Anderson <attorneys@brandxperts.com>
>> **Sent:** Wednesday, July 17, 2019 7:39 PM
>> **To:** Laura Chapman <LChapman@sheppardmullin.com>; Toni Qiu <TQiu@sheppardmullin.com>; Mary Tom-Hum <MTom-Hum@sheppardmullin.com>; SFTMdocket <sftmdocket@sheppardmullin.com>
>> **Subject:** RE: USPTO Proceeding Nos. 91245908 and 91205049
>>
>> Please find attached PROLACTO's Notices of Supplemental Authority filed in the aforementioned matters and the Exhibits A and B thereto.
>>
>> Sincerely yours,
>>
>> Stephen L. Anderson
>> Anderson Law
>> WE PROTECT IMAGINATION®
>>
>> Offices in Temecula, California --- WEBSITES EVERYWHERE!
>> email: attorneys@brandXperts.com
>>
>> Anderson Law
>> 41923 Second Street, Suite 201

Temecula, California 92590 U.S.A.
+(951) 296-1700 tel.



®
VISIT OUR VIRTUAL VILLAGE:
http://www.brandxperts.com/ TRADEMARKS
http://www.copyrightpros.com/ COPYRIGHTS
http://www.namesavers.net/ DOMAIN NAMES
http://www.mybrandsonline.com/ REGISTER NOW!
http://www.weprotectimagination.com/ IP SOLUTIONS

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.