IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-727-RJC-DCK

| | |
|---|---|
| LA MICHOACANA NATURAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| LUIS MAESTRE, an individual, d/b/a LA MICHOACANA and/or LA LINDA MICHOACANA et al., | ) ) ) |
| | ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 86) filed by Corby C. Anderson, concerning Laura L. Chapman, on August 14, 2019. Laura L. Chapman seeks to appear as counsel *pro hac vice* for Non-Party PLM Operations, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 86) is **GRANTED**. Laura L. Chapman is hereby admitted *pro hac vice* to represent Non-Party PLM Operations, LLC.

**SO ORDERED**.

Signed: August 15, 2019

David C. Keesler
United States Magistrate Judge