*La Michoacana Natural, LLC v. Luis Maestre, et al.*
U.S. District Court for the Western District of North Carolina
Charlotte Division
Case No. 3:17-cv-00727-RJC-DCK

# EXHIBIT 1

## DECLARATION OF LAURA L. CHAPMAN

**Transcript of Bench Trial Before
The Honorable Rudolph Contreras, United States District Judge
September 16, 2015, 2:00 P.M.**

```
 1                    UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLUMBIA
 2        ----------------------------X

 3        PALETERIA LA MICHOACANA, INC.,

 4              Plaintiff

 5               v.                  Civil Action 11-1623

 6        PRODUCTOS LACTEOS
          TOCUMBO S.A. DE C.V.,
 7
                Defendant
 8        ----------------------------X

 9                                     Washington, D.C.
                                       Wednesday, September 16, 2015
10                                     2:00 P.M.

11                       P.M. SESSION - DAY THREE

12                       TRANSCRIPT OF BENCH TRIAL
                  BEFORE THE HONORABLE RUDOLPH CONTRERAS
13                     UNITED STATES DISTRICT JUDGE

14        APPEARANCES:

15        For the Plaintiff: Laura L. Chapman, Esq.
                             Toni Qiu, Esq.
16                           SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
                             Four Embarcadero Center
17                           San Francisco, CA 94111
                             (415) 434-9100
18
          For the Defendant: Stephen L. Anderson, Esq.
19                           Steven M. War, Esq.
                             ANDERSON & ASSOCIATES
20                           27280 Via Industria, Unit B
                             Temecula, CA 92590
21                           (951) 296-1700

22


23
          Court Reporter:    Lisa Walker Griffith, RPR
24                           U.S. District Courthouse
                             Room 6507
25                           Washington, D.C.  20001
                             (202) 354-3247
```

1    following them out because I only get an hour for lunch.
2         And again, I didn't touch her, I didn't come close
3    to her.  And she shouted at me, but yet all I asked her was,
4    can you give me an estimate of how long you will be with
5    Mr. Gutierrez?  And then Stephanie, as she said, the question
6    was, are you an attorney?  And I did not shout it, I did not
7    raise my voice and I had no reason to.
8         THE COURT:  So when I go back and look at the
9    videotape that is being taped, as you look back at clock,
10   there is video right next to it, it will show that you did
11   not raise your voice?
12        MR. ANDERSON:  Yeah, of course.  Hopefully there
13   will be audio and you can hear the tone in which she shouted
14   at me.  And I told her twice, please don't raise your voice.
15        THE COURT:  All right.  I'm dubious because I've
16   spent enough time with you to know that you don't have your
17   emotions under control.  You are way too close to this case.
18   It is about your client, it is not about you.  And you have
19   to control your emotions.  And you cannot get, I'm ordering
20   this, within 20 feet of their counsel.  If something has to
21   be communicated to them, Mr. War must do it.  Understand?
22        MR. ANDERSON:  Of course I understand, Your Honor.
23        THE COURT:  Okay.  And I will look into getting CSO,
24   not in the courtroom because I'm in the courtroom, but during
25   breaks.

1    CERTIFICATE OF REPORTER

2         I, Lisa Walker Griffith, certify that the foregoing

3    is a correct transcript from the record of proceedings in the

4    above-entitled matter.

9    _____    _____
     Lisa Walker Griffith, RPR                    Date