*La Michoacana Natural, LLC v. Luis Maestre, et al.*
U.S. District Court for the Western District of North Carolina
Charlotte Division
Case No. 3:17-cv-00727-RJC-DCK

# EXHIBIT 2

# DECLARATION OF LAURA L. CHAPMAN

Transcript of Bench Trial Before
The Honorable Rudolph Contreras, United States District Judge
September 25, 2015, 10:00 A.M.

```
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
 2
     PALETERIA LA MICHOACANA, INC., )  Civil Action
 3                                  )  No. 11-1623(RC)
                         Plaintiff, )
 4                                  )  BENCH TRIAL DAY 9
     vs.                            )  AM SESSION
 5                                  )
     PRODUCTOS LACTEOS TOCUMBO      )  Washington, DC
 6   S.A. DE C.V.,                  )  September 25, 2015
                                    )  Time:  10:00 a.m.
 7                        Defendant.)
     AND CROSS-RELATED ACTION       )
 8   _____

 9          TRANSCRIPT OF BENCH TRIAL DAY 9 - AM SESSION
                            HELD BEFORE
10             THE HONORABLE JUDGE RUDOLPH CONTRERAS
                    UNITED STATES DISTRICT JUDGE
11   _____

12                     A P P E A R A N C E S

13   For the Plaintiff:       Laura L. Chapman, Esq.
                              Toni Qiu, Esq.
14                            Sheppard, Mullin,
                              Richter & Hampton, LLP
15                            Four Embarcadero Center
                              San Francisco, California  94111
16                            415-434-9100

17   For the Defendant:       Stephen L. Anderson, Esq.
                              Anderson & Associates
18                            27280 Via Industria, Unit B
                              Temecula, California  92590
19                            951-296-1700

20
     Proceedings reported by machine shorthand, transcript
21   produced by computer-aided transcription.
     _____
22
     Court Reporter:          Annette M. Montalvo, CSR, RDR, CRR
23                            Official Court Reporter
                              United States Courthouse, Room 6722
24                            333 Constitution Avenue, NW
                              Washington, DC  20001
25                            202-354-3111
```

13

1  Now, I know that styles of attorneys may vary. I
2  am sure you have seen even myself demonstrate a significant
3  range between very calm and cool to very aggressive in
4  questioning witnesses. But I felt that Ms. Chapman's
5  aggressive tone went a little too far, and I think that the
6  questioning in areas being well beyond the scope and
7  involving which sister tells him things that Ignacio had
8  admitted --
9        THE COURT: That was my question.
10       MR. ANDERSON: Understood. But that also caused
11 my clients to think maybe this Court has already
12 demonstrated a preliminary opinion, that, again, your
13 question was certainly, in our opinion, extremely irrelevant
14 to the issues because --
15       THE COURT: As I said yesterday, it was to
16 determine whether it was hearsay. Without knowing who said
17 it, I could not determine whether it was hearsay.
18       MR. ANDERSON: Fair enough. But, again --
19       THE COURT: And once everyone agreed it was
20 hearsay, we let it go, and he never had to answer it.
21       Now, with respect to the record on ferocity,
22 Ms. Chapman's ferocity, if that's what you would call, pales
23 in comparison to the ferocity you have exhibited on occasion
24 in this trial. So I want the record to be perfectly clear
25 on this issue because sometimes you try to create an

1  ==alternate universe of what has happened in this courtroom,==
2  ==and that is an instance.==
3  　　　　With respect to the line of questioning, that was
4  classic -- this was a witness that you sponsored as having
5  no dog in this fight.  Those were your exact words.  And she
6  turned that witness into supporting some of her points in
7  this case.  That was fair game, and that's all she did.  She
8  did not -- they were all issues that have been raised in
9  this case, as to chunks and whether someone's associating
10 themselves with Mexico inappropriately, even though if it is
11 things that had been made in this country.  It was all fair
12 game.  So I don't want you to create -- try to create an
13 alternate universe about what that was all about.
14 　　　　MR. ANDERSON:  Well, I'd ask that that box that I
15 have just shown the Court become part of the record because,
16 quite frankly, I do not believe there's misrepresentations
17 about the source, origin, or quality or characteristics of
18 it, and the Court's going to make its own findings.
19 　　　　THE COURT:  That's exactly right.
20 　　　　MR. ANDERSON:  And it seems like the Court is
21 already making some findings.
22 　　　　THE COURT:  That's your argument; she has a
23 different argument.  And based on the evidence, we will
24 decide all those issues.
25 　　　　MR. ANDERSON:  And, again, I disagree with the

1   UNITED STATES DISTRICT COURT )
                                 ) ss.
2   DISTRICT OF COLUMBIA         )

3

4

5                    REPORTER'S CERTIFICATE

6

7

8        I, ANNETTE M. MONTALVO, do hereby certify that the

9   above and foregoing, consisting of the preceding 124 pages,

10  constitutes a true and accurate transcript of my

11  stenographic notes and is a full, true and complete

12  transcript of the proceedings to the best of my ability.

13       Dated this 26th day of September, 2015.

14

15                           /s/Annette M. Montalvo_____
                             Annette M. Montalvo, CSR, RDR, CRR
16                           Official Court Reporter
                             United States Courthouse
17                           333 Constitution Avenue, NW
                             Room 6722
18                           Washington, DC  20001
                             202-354-3111
19

20

21

22

23

24

25