UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-00727-RJC-DCK

| | |
|---|---|
| LA MICHOACANA NATURAL, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| LUIS MAESTRE, d/b/a La Michoacana d/b/a ) | |
| La Linda Michoacana, ADRIANA TERAN, ) | |
| d/b/a La Michoacana d/b/a La Linda ) | |
| Michoacana, and LA MICHOACANA, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court *sua sponte*.

On March 12, 2020, the Court entered an order vacating a prior order that granted summary judgment in favor of Plaintiff. The March 12 Order stated that the Court would hold a status conference with the parties to establish modified case deadlines. (Doc. No. 131, at 16.)

On March 26, 2020, the Court granted Plaintiff's counsel's motion to withdraw and allowed Plaintiff thirty days to retain new counsel. (Doc. No. 132.) Plaintiff retained new counsel on April 24, 2020.

**IT IS THEREFORE ORDERED** that within fourteen (14) days of the date of this Order, the parties meet and confer regarding proposed modified case deadlines. Within fourteen (14) days of the parties' meet and confer, the parties shall file a joint report containing the parties' proposed modified case deadlines.

Signed: June 16, 2020

*Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
United States District Judge